```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 03172
   KEN A BRAITHWAITE
   CATHERINE L BRAITHWAITE                    CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-5771     SSN XXX-XX-8347


----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/28/04 and confirmed on 04/09/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  26064.77 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | SECURED | 1000.00 | 55.20 | 1000.00 |
| CARMAX AUTO FINANCE | SECURED | 9600.00 | 1280.53 | 9600.00 |
| CHRYSLER FINANCIAL SVC A | SECURED | 740.00 | 40.89 | 740.00 |
| ECAST SETTLEMENT CORP | SECURED | 700.00 | 38.65 | 700.00 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 509.81 | .00 | 50.98 |
| BECKET & LEE LLP | UNSECURED | 770.13 | .00 | 77.01 |
| ROUNDUP FUNDING LLC | UNSECURED | 16517.43 | .00 | 1651.74 |
| WELTMAN WEINBERG & REIS | FILED LATE | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 8128.61 | .00 | 812.86 |
| BANKCARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1631.29 | .00 | 163.13 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1178.44 | .00 | 117.84 |
| CAPITAL ONE FINANCIAL | UNSECURED | 431.62 | .00 | 43.16 |
| SMC | UNSECURED | 772.11 | .00 | 77.21 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12310.47 | .00 | 1231.05 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ROUNDUP FUNDING LLC | UNSECURED | 10288.82 | .00 | 1028.88 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13618.98 | .00 | 1361.90 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1220.50 | .00 | 122.05 |

```
MARSHALL FIELDS              UNSECURED      NOT FILED              .00          .00
AMERITECH                    UNSECURED      NOT FILED              .00          .00
NATIONWIDE CREDIT            UNSECURED      NOT FILED              .00          .00
NCO FINANCIAL SYSTEMS IN     UNSECURED      NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC     UNSECURED        3468.45              .00       346.85
SHELL OIL CO                 UNSECURED      NOT FILED              .00          .00
RETAILERS NATIONAL BANK      UNSECURED      NOT FILED              .00          .00
ROUNDUP FUNDING LLC          UNSECURED         736.35              .00        73.64
WORLDWIDE ASSET PURCHASI     UNSECURED       14296.32              .00      1429.63
ECAST SETTLEMENT CORP        UNSECURED         921.17              .00        92.12
CARMAX AUTO FINANCE          UNSECURED        6099.91              .00       609.99
ECAST SETTLEMENT CORP        UNSECURED         726.82              .00        72.68
```

Summary of disbursements:

```
                      SECURED      PRIORITY    UNSECURED        OTHER         TOTAL

TOTAL CLMS ALLOWED   12040.00           .00     93627.23          .00     105667.23
PRINCIPAL PAID       12040.00           .00      9362.72          .00      21402.72
INTEREST PAID         1415.27           .00           .00         .00       1415.27
TOTAL PAID           13455.27           .00      9362.72          .00      22817.99
```

The Debtor's attorney, LEGAL HELPERS PC               , was allowed $   2700.00
and was paid $    600.00   direct and $   2100.00  through the plan.

The Trustee received $   1145.32 .

Refunds to the Debtor totaled $      1.46 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/13/09                   /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 04 B 03172 KEN A BRAITHWAITE & CATHERINE L BRAITHWAITE